# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| ESTER RUIZ-MINJAREZ,<br><br>　　Plaintiffs,<br><br>v.<br><br>TEXAN CREDIT CORPORATION,<br><br>　　Defendant. | Case No.: 7:20-cv-00272-DC<br><br>Honorable Judge David Counts |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, ESTER RUIZ-MINJAREZ, and Defendant, TEXAN CREDIT CORPORATION, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 25, 2021　　　　　　　　　　　　　　Respectfully Submitted,

| ESTER RUIZ-MINJAREZ | TEXAN CREDIT CORPORATION, |
|---|---|
| */s/ Mohammed O. Badwan*<br>Mohammed O. Badwan, Esq.<br>**Sulaiman Law Group, Ltd**.<br>2500 S. Highland Ave., Suite 200<br>Lombard, IL 60148<br>Phone: (630) 575-8180<br>mbadwan@sulaimanlaw.com<br>Attorney for Plaintiff | */s/ Russell R. Smith*_____<br>RUSSELL R. SMITH., TBA 18682310<br>**FAIRCHILD, PRICE, HALEY, & SMITH, L.L.P.**<br>1801 North Street<br>Nacogdoches, Texas 75965<br>Telephone: (936) 569-2327<br>Facsimile: (936) 569-7932<br>rsmith@fairchildlawfirm.com<br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                                        */s/ Mohammed O. Badwan*
                                                        Mohammed O. Badwan, Esq.